IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-cr-299-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TOMMIE RAND PIERCE | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 9, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982(a)(6)(A), based upon the defendant pleading guilty to 18 U.S.C. § 912, and agreeing to the forfeiture of the property listed in the January 9, 2012 Preliminary Order of Forfeiture, to wit: (1) 2010 Ford Fusion, VIN 3FAHP0HA6AR157552, North Carolina License Plate AEM7752, registered in the name of Tommie Rand Pierce; (2) $9,804.78 U.S. Currency seized from Wachovia/Wells Fargo on September 21, 2011; and (3) gross proceeds of the defendant's illegal acts, in an amount of at least $514,000.00.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between February 4, 2012 and March 4, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the

publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's January 9, 2012 Preliminary Order of Forfeiture and which the Government continues to seek forfeiture of here;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the January 9, 2012 Preliminary Order of Forfeiture, excepting those items not listed in the Order above, is hereby forfeited to the United States. The United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 12th of day June, 2012.

---

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE